IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| LUTHER JERMAINE LEE, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | CV 108-041 |
| DONALD BARROW, Warden, | ) ) ) | |
| Respondent. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections (doc. no. 10) have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Petitioner's motion to proceed *in forma pauperis* (doc. no. 3) and "Motion to Vacate and Set Aside and Correct Illegal Sent[e]nce" (doc. no. 2) are **MOOT**, this case is **DISMISSED**, and this civil action is **CLOSED**.

SO ORDERED this 15th day of May, 2008, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE